# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>LINE 5, LLC, ET AL.<br>                Defendants. | CASE NO. 3:24−CV−01866−JKM<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this October 30, 2024.

                                      */s/ Andrew Roman Perrong*
                                      Andrew Roman Perrong, Esq.
                                      Perrong Law LLC
                                      2657 Mount Carmel Avenue
                                      Glenside, Pennsylvania 19038
                                      Phone: 215-225-5529 (CALL-LAW)
                                      Facsimile: 888-329-0305
                                      a@perronglaw.com

                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

October 30, 2024

                                      */s/ Andrew Roman Perrong*