Civil Action No.: **3:24−CV−01866−JKM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Headstart Warranty Group LLC
was received by me on (date) 10-30-2024 .

☐ I personally served the summons on the individual at (place)_____
_____on (date)_____; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) Amy Parini, Receptionist, who is
designated by law to accept service of process on behalf of (name of organization) Headstart
Warranty Group LLC as Registered Agents Inc on (date) 10-31-2024 ; or

☐ I returned the summons unexecuted because_____; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

10-31-2024
Date

Server's Signature

Gregory Horanic PA Constable
Printed name and title B4720

PO Box 751 North East PA 16428
Server's Address

Additional information regarding attempted service, etc: