United States District Court for the Middle District of Pennsylvania

Joseph Friel

vs.

Line 5, LLC, et al.

_____/

CASE NO. 3:24-CV-01866-JKM

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **11:48 AM** on **10/31/2024**, I served **Line 5, LLC** at **Corporation Service Company, 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110** in the manner described below:

☐ Subject personally served.

☐ Adult family member with whom said Subject resides.
Relationship is _____.

☐ Adult in charge of Subject's residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Subject resides.

☐ Agent or person in charge of Subject's office or usual place of business.

☑ **Dave Bulakowski,** who is the **Service Associate** of said entity.

☐ Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1** issued in the above captioned matter.

Description:
Sex: **Male** Skin: **White** Age: **40** Hair: **Blonde** Height: **6ft 01in** Weight: **190 lbs**

Sworn to and subscribed before me this
4th day of November, 2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2025
Commission number 1248992

X_____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **87358**

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

