# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | : : : Case No. 3:24-cv-01866-JKM : : (Judge Julia K. Munley) |
| Plaintiff(s), | : : |
| v. | : : |
| LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and JEA MANAGEMENT SERVICS d/b/a COVERED AUTO, | : : : : : |
| Defendant(s). | : |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Brit J. Suttell on behalf of Defendant Line 5, LLC.

        Respectfully submitted,

        **BARRON & NEWBURGER, P.C.**

By:   /s/ Brit J. Suttell
       BRIT J. SUTTELL, ESQUIRE
       PA Id. No. 204140
       6100 219th St. SW, Suite 480
       Mountlake Terrace, WA   98043
       (484) 999-4232
       britjsuttell@bn-lawyers.com
       Counsel for Defendant Line 5, LLC

Dated:  November 18, 2024

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 18, 2024, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By: */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
6100 219th St. SW
Suite 480
Mountlake Terrace, WA  98043
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC