IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | : <br> : Case No. 3:24-cv-01866-JKM <br> : <br> : (Judge Julia K. Munley) |
| Plaintiff(s), | : |
| v. | : <br> : |
| LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and JEA MANAGEMENT SERVICS d/b/a COVERED AUTO, | : <br> : <br> : <br> : |
| Defendant(s). | : |

**DEFENDANT LINE 5, LLC'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant Line 5, LLC ("Line 5") respectfully requests, with the consent of Plaintiff, that the Court grant an extension of time to file its response to Plaintiff's Complaint, ECF 1, and, in support thereof, avers as follows:

1. On or about October 29, 2024, Plaintiff filed his Complaint *See* ECF 1.

2. Line 5 was served with the Complaint on or about October 31, 2024. *See* ECF 8.

3. Line 5's Response to Plaintiff's Complaint is currently due on November 21, 2024.

1

4. The undersigned counsel was retained by Line 5 on Friday, November 15, 2024.

5. The undersigned counsel is currently scheduled to be out of the office from November 20, 2024, - December 4, 2024, for a previously scheduled medical procedure.

6. Defendant's counsel respectfully requests an extension of time, up to and including, December 13, 2024, to file its response to Plaintiff's Complaint.

7. Defendant has not previously sought an extension for time to respond to Plaintiff's Complaint.

8. Plaintiff's Counsel consented to this Motion on November 18, 2024, via e-mail.

9. This Motion is made in good faith and not for the purpose of delay.

10. This Motion is made without waiving any defenses.

WHEREFORE, Defendant Line 5, LLC requests an extension, up to and including, December 13, 2024, to file its Answer or otherwise respond to Plaintiff's Complaint.

        Respectfully submitted,

        **BARRON & NEWBURGER, P.C.**

By:   */s/ Brit J. Suttell*
       BRIT J. SUTTELL, ESQUIRE
       PA Id. No. 204140
       6100 219th St. SW
       Suite 480
       Mountlake Terrace, WA  98043
       (484) 999-4232
       britjsuttell@bn-lawyers.com
       Counsel for Defendant Line 5, LLC

Dated:  November 18, 2024

## CERTIFICATE OF SERVICE

I certify that on November 18, 2024, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

**BARRON & NEWBURGER, P.C.**

By: */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
6100 219th St. SW
Suite 480
Mountlake Terrace, WA  98043
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC