IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff(s),<br><br>  v.<br><br>LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and JEA MANAGEMENT SERVICS d/b/a COVERED AUTO,<br><br>        Defendant(s). | Case No. 3:24-cv-01866-JKM<br><br>(Judge Julia K. Munley) |

## ORDER

AND NOW, this _____ day of November, 2024, upon consideration of Defendant Line 5, LLC's Consent Motion for an Extension of Time to File Its Response to Plaintiff's Complaint, it is hereby ORDERED that the Motion is GRANTED. Defendant Line 5, LLC shall file its response to Plaintiff's Complaint no later than December 13, 2024.

BY THE COURT:

_____J.