# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC; HEADSTART WARRANTY GROUP LLC;** and **JEA MANAGEMENT SERVICS d/b/a COVERED AUTO**,<br><br>Defendants. | Case No.   3:24-cv-01866-JKM<br><br>{Judge Julia K. Munley) |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew M. Schwartz of Messer Strickler Burnette, Ltd., in this action on behalf of Defendant Headstart Warranty Group, LLC.

Respectfully submitted,

MESSER STRICKLER BURNETTE, LTD.

By: /s/ *Andrew M. Schwartz*
Andrew M. Schwartz
935 E. Lancaster Ave, #1003
Downingtown, PA 19335
☎ (320) 434-9664
✉ Aschwartz@messerstrickler.com
Defendant Headstart Warranty Group, LLC

## CERTIFICATE OF SERVICE

I certify that on November 19, 2024, a true copy of the foregoing Notice of Appearance was served on all counsel of record by ECF.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD**

*/s/ Andrew M. Schwartz*

Andrew M. Schwartz
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎: (320) 434-9664
🖷: (312) 334-3474
aschwartz@messerstrickler.com