IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>**Plaintiff(s),**<br><br>v.<br><br>LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO,<br><br>**Defendant(s)/**<br>**Third-Party Plaintiff(s),**<br><br>v.<br><br><br><br>**Third-Party Defendant(s).** | Civil Action No. 3:24-cv-01866 |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Defendant**,
(type of party)
who is **Headstart Warranty Group, LLC**, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

    ☑ YES      ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Andrew M. Schwartz
Signature of Counsel for Party

Date: November 19, 2024