UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

### PETITION

I, __Barry Scott Guaglardi_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

| | |
|---|---|
| Office address: | Guaglardi & Meliti, LLP |
| | 365 West Passaic Street, Suite 130 |
| | Rochelle Park, NJ 07662 |
| Office Telephone: | 201-947-4100 |

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see Exhibit A.

_____

_____

My attorney Identification number is: __NJ 030761989__

---

**FOR COURT USE ONLY**

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____  Date: _____

_____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____  Date: _____

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my **becoming an attorney), censured, suspended, disciplined or disbarred by any court are set** forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

I do ☐, do not ☑, have any disciplinary action, contempt or other proceedings involving me **pending** before any court. (Check the appropriate space.) If there are pending proceedings, please explain:

I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am seeking special admission Pro Hac Vice.

NAME THE PARTY YOU REPRESENT:

Headstart Warranty Group, LLC

If special admission is requested for a particular case, please list case number and caption:

Case # 3:24-CV-01866(JKM)

Caption # Joseph Friel, et al. vs. Line 5, LLC, et al.

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)
If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Andrew Schwartz (PA Bar No. 79427)
935 E. Lancaster Avenue, #1003, Downingtown, PA 19335
320-434-9664

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
SIGNATURE OF PETITIONER

New Jersey (030761989)
(Bar Identification Number and State where admitted)
November 19, 2024
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

_____
SIGNATURE OF PETITIONER

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above Code of Professional Conduct:

_____
Signature of Petitioner

## EXHIBIT A

| Date Admitted | State/Court | Status |
|---|---|---|
| 12/21/1989 | Supreme Court of NJ (ID No: 030761989) | Active |
| 12/21/1989 | US District Court of NJ | Active |
| 1/25/1995 | US Court of Appeals Third Circuit | Active |
| 8/11/1998 | US Southern District Court of New York (ID No: 552642) | Active |
| 9/11/1998 | US Eastern District Court of New York | Active |
| 9/20/2017 | Supreme Court of New York Third Judicial Department | Active |
| 4/23/2019 | US Supreme Court | Active |
| 5/12/2021 | US Court of Appeals Second Circuit | Active |

## SPONSOR'S CERTIFICATE

I, __Andrew Michael Schwartz__, am a member in good
 (Name of Sponsor)
standing of the Bar of the United States District Court for the Middle District of

Pennsylvania, having been admitted to practice on (month) __May__ (day) __13__,

(year) __2005__. I have known the above petitioner for __A month__.
 (length of time)

To my knowledge, the petitioner's moral character is as follows:

__The petition is an experienced attorney and is honest and responsible__

To my knowledge, the petitioner's educational background and experience are as follows:

__Attorney Guaglardi was admitted to practice in NJ in 1989 and NY in 2017.__

I sponsor and recommend __Barry Scott Guaglardi__
 (Name of Petitioner)
for admission as a qualified attorney to practice before this court.

(Signature of Sponsor)

Office address:    Messer Strickler Burnette, Ltd.

935 E. Lancaster Ave., #1003
Downingtown, PA 19335

Telephone:    320-434-9664

Attorney Bar I.D. No.    79427