# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL** </br></br> *Plaintiff* </br></br> v. </br></br> **LINE 5, LLC, ET AL.** </br></br> *Defendant* | ) ) ) ) ) Civil Action No. 3:24-CV-01866-JKM ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Tiglath Gaete, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ALEXANDER B FARD in Los Angeles County, CA on November 15, 2024 at 9:10 pm at 5643 Noble Ave, Los Angeles, CA 91411 by residential substituted service by leaving the documents at the usual place of abode of ALEXANDER B FARD with Jane Doe (refused name) who is the Spouse/Co-Resident of ALEXANDER B FARD and whose age is 18 years or older.

Summons, Civil Cover Sheet, and Complaint

Additional Description:
Sub-serve to his wife. Accepted documents with no problems whatsoever.

White Female, est. age 45-54, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1735412,-118.4619075
Photograph: See Exhibit 1


Total Cost: $275.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ____Los Angeles County_____, ____CA_____ on ____11/21/2024_____.

/s/ *Tiglath Gaete*
_____
Signature
Tiglath Gaete
+1 (818) 442-1761

