IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | : No. 3:24-cv-01866 :  : (Judge Munley) |
| Plaintiff(s), | : |
| v. | : : |
| LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and JEA MANAGEMENT SERVICS d/b/a COVERED AUTO, | : : : : |
| Defendant(s). | : |

## ORDER

AND NOW, this 21st day of November, 2024, upon consideration of Defendant Headstart Warranty Group, LLC's Consent Motion for an Extension of Time to File Its Response to Plaintiff's Complaint (Doc. 14), it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant Headstart Warranty Group, LLC shall file its response to Plaintiff's Complaint no later than **December 13, 2024**.

BY THE COURT:

Judge Julia K. Munley
United States District Court