# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL,** individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC; HEADSTART WARRANTY GROUP LLC;** and **JEA MANAGEMENT SERVICS d/b/a COVERED AUTO**,<br><br>Defendants. | Case No.   3:24-cv-01866-JKM<br><br>{**Judge Julia K. Munley**) |

## CERTIFICATE OF SERVICE

I certify that on December 13, 2024, a true copy of the foregoing Answer on behalf of Defendant Headstart Warranty Group, LLC, was served on all counsel of record by ECF.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD**

*/s/ Andrew M. Schwartz*
Andrew M. Schwartz
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎: (320) 434-9664
📠: (312) 334-3474
aschwartz@messerstrickler.com