IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of others similarly situated,<br>          **Plaintiff**<br><br>v.<br><br>LINE 5, LLC; HEADSTART WARRANTY GROUP, LLC; and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO,<br>          **Defendant** | No. 3:24cv1866<br><br>(Judge Munley) |

## ORDER

    A docket notation in the above-captioned matter reveals that a copy of the complaint and summons were served upon Defendant JEA Management Services d/b/a Covered Auto ("Covered Auto") on November 15, 2024. (Doc. 17). The Affidavit of Service indicates that "residential substituted service" was made "by leaving the documents at the usual place of abode of" Alexander B. Fard at a residential address in Los Angeles, CA 91411. (Id.)  Per the process server, the complaint and summons were accepted by the spouse or co-resident at the premises. (Id.) Fard's connection to the Covered Auto entity is otherwise not explained by the complaint or the affidavit of service.

    Pursuant to the Federal Rules of Civil Procedure, an answer or other responsive pleading was due from Defendant Covered Auto on December 6, 2024.[1] FED. R. CIV. P. 12(a)(1)(A).

---

[1] Defendants Line 5, LLC and Headstart Warranty Group, LLC filed answers to the complaint on December 13, 2024. (Docs. 20-21)

It is the responsibility of the plaintiff to prosecute an action. In light of the inactivity in this litigation with regard to Defendant Covered Auto since the service of the complaint and summons, with no entry of appearance having been made on behalf of this defendant:

**IT IS HEREBY ORDERED THAT:**

(1) Within seven (7) days from the date of this order, unless Defendant Covered Auto files a response to the complaint, plaintiff shall make an appropriate filing to further this action; and

(2) Failure to comply with this order may result in the dismissal of Defendant Covered Auto for failure to prosecute.

Date: 12/16/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court