UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br>Plaintiff,<br><br>vs.<br><br>LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO,<br>Defendant, | Civil Action No. 3:24-cv-01866-JKM<br><br>FILED<br>SCRANTON<br>DEC 23 2024<br>PER _____<br>DEPUTY CLERK |

**ORDER**

AND NOW, this 23rd day of December, 2024, upon consideration of Defendant JEA Management Services d/b/a Covered Auto's Consent Motion for an Extension of Time to Respond to the Complaint by Thirty (30) Days, (Doc. 24) it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant, JEA Management Services d/b/a Covered Auto shall file its response to Plaintiff's Complaint no later than **January 18, 2025**.

BY THE COURT:

_____
Judge Julia K. Munley
United States District Court