IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Friel | ) | Civil Action No. 3:24-cv-1866-JKM |
|           Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Line 5, LLC, et al. | ) | |
|           Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF ELYSE N. COHEN
IN SUPPORT OF APPLICATION FOR
ADMISSION PRO HAC VICE OF PUJA AMIN**

ELYSE COHEN, an attorney duly admitted to the bar of this Court, hereby moves to admit Puja Amin, Esq. as counsel *pro hac vice* in this matter and in support thereof, certifies pursuant to Local Civil Rule 83.8.2.1 as follows:

1. I am an attorney with the law firm of Nelson Mullins Riley & Scarborough LLP, counsel for Defendant JEA Management Services, d/b/a Covered Auto ("JEA") in this action. I make this Certification pursuant to Local Civil Rule 83.8.2.1 and the Court's Policies governing pro hac vice motion applications in support of JEA's application for the admission *pro hac vice* of Puja Amin of Troutman Amin LLP.

2. I am duly admitted to the bars of the Commonwealth of Pennsylvania, bar identification number 320787 and the State of New Jersey, bar identification number 155212015. I am also admitted to the bars of the United States District Courts for the District of New Jersey, Middle District of Pennsylvania, and Eastern District of Pennsylvania. No disciplinary proceedings are pending against me and no discipline has previously been imposed upon me in any jurisdiction.

3. I know or after reasonable inquiry believe that Ms. Amin's private and personal character is good.

4. Ms. Amin has been specifically retained by JEA to represent it in this litigation because of her established relationship with JEA.

5. If this Honorable Court grants the *pro hac vice* application of Ms. Amin, I will continue to serve as associate counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, will accept service of all papers filed with the Court in this action, will be prepared to attend any hearing of any motion or the taking of any testimony, and be fully prepared to participate in any hearings, conferences, and trials, and will otherwise comply with all the terms and conditions of the Local Civil Rules of Civil Procedure and this Honorable Court's Policies.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Respectfully submitted,

Dated: January 17, 2025　　　　**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Elyse N. Cohen*
　　　Elyse N. Cohen

1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Ph (610)-943-5354
Email: elyse.cohen@nelsonmullins.com
*Attorneys for Defendant JEA Management Services d/b/a Covered Auto*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Friel | ) | Civil Action No. 3:24-cv-1866-JKM |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Line 5, LLC, et al. | ) | |
| Defendant. | ) | |

**I, PUJA AMIN**, state the following of my own personal knowledge:

1. I am a partner at the firm of Troutman Amin LLP, 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618.

2. I am familiar with the facts of this case.

3. I am admitted to practice before the courts of the State of California with bar identification number 299547. I was admitted to practice in State of California in 2014 and the office maintaining the roll of members admitted to its bar is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

4. I am also admitted to practice in the following United States Courts as of the years indicated:

    a. U.S. District Court for the Central District of California (2017)

    b. U.S. District Court for the Northern District of California (2018)

    c. U.S. District Court for the Eastern District of California (2022).

5. I am a member in good standing of the State Bar of California. I am also a member in good standing in all United States Courts to which I have been admitted to practice.

7.  I have never been under suspension or disbarments by any of the above courts, or by any other court of jurisdiction.

8.  No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been previously imposed on me in any jurisdiction.

9.  I agree to be bound by the Local Rules of Civil Procedure, the Rules of Professional Conduct, and the Code of Professional Conduct for the duration of this case.

10. If this Honorable Court grants this application, I will in good faith continue to advise Elyse Cohen, counsel who moved for my *pro hac vice* admission, of the current status of the case for which my *pro hac vice* status has been granted and of all material developments in the case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

**TROUTMAN AMIN LLP**

  */s/ Puja Amin*
Puja Amin, Esquire

Date: January 17, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I caused the application for Puja Amin to appear and to participate in the captioned matter *pro hac vice* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filings to all counsel of record.

**CERTIFICATE OF CONCURRENCE**

Pursuant to Local Rule 7.1, I hereby certify that all parties' concurrence for the relief sought from this Motion was requested by electronic mail on January 16, 2025. No opposition was received.

Dated: January 17, 2025         **NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Elyse N. Cohen*
    Elyse N. Cohen

1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Ph (610)-943-5354
Email: elyse.cohen@nelsonmullins.com

*Attorneys for Defendant JEA Management Services, d/b/a Covered Auto*