## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC, HEADSTART WARRANTY GROUP LLC** and **JEA MANAGEMENT SERVICES d/b/a COVERED AUTO**,<br><br>Defendants. | **CASE NO. 3:24-cv-01866-JKM**<br><br>**Judge: Hon. Julia K. Munley**<br><br><br>**PROPOSED ORDER** |

Upon consideration of Defendant JEA Management Services d/b/a Covered Auto's Motion to Strike Class Allegations, and any response thereto and for good cause shown, it is, this _____ day of _____, 2025, hereby

**ORDERED** that said motion is **GRANTED**.

It is **FURTHER ORDERED** that the class action definitions alleged in Plaintiff's Complaint are hereby **STRICKEN**.

                                                                BY THE COURT:

                                                                Julia K. Munley
                                                                United States District Judge