# **<u>EXHIBIT D</u>**

Jackson v. Direct Bldg. Supplies, LLC, 2024 WL 3914396 (2024)

Case 3:24-cv-01866-JKM   Document 30-4   Filed 01/21/25   Page 2 of 2

2024 WL 3914396 (Pa.Com.Pl.) (Trial Order)
Court of Common Pleas of Pennsylvania,
Civil Action-Law.
Centre County

Gerard JACKSON, Plaintiff,
v.
DIRECT BUILDING SUPPLIES, LLC, d/b/a Renu Solar, Defendant.

No. 2022-1660.
January 9, 2024.

**Order**

Jeremy Jackson, Esq., for plaintiff.

Kevin Hall, Esq., for defendant.

Brian K. Marshall, Judge.

*1  AND NOW, this 9th of January, 2024, after consideration of the Motion to Strike Plaintiff's Praecipe to Discontinue filed by Defendant Direct Building Supplies, LLC, d/b/a Renu Solar ("Defendant"), as well as the subsequent responses filed by Plaintiff Gerard Jackson (Plaintiff) and the subsequent Motion's to Strike filed by Defendant; and the Court finding that, if Defendant's arguments are assumed to be true, Defendant's proper course would be to petition the federal court for removal, it is hereby **ORDERED, ADJDUGED,** and **DECREED** that Defendant's Motions to Strike are **DISMISSED.**

BY THE COURT:

<<signature>>

Brian K. Marshall, Judge

End of Document

© 2025 Thomson Reuters. No claim to original U.S. Government Works.