# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC, HEADSTART WARRANTY GROUP LLC** and **JEA MANAGEMENT SERVICES d/b/a COVERED AUTO**,<br><br>Defendants. | CASE NO. 3:24-cv-01866-JKM<br><br>Judge: Hon. Julia K. Munley<br><br>**PROPOSED ORDER** |

Upon consideration of Defendant JEA Management Services d/b/a Covered Auto's Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, and any response thereto and for good cause shown, it is, this _____ day of _____, 2025, hereby

**ORDERED** that said motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Complaint is hereby **DISMISSED.**

BY THE COURT:

_____
Julia K. Munley
United States District Judge