# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH FRIEL**, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LINE 5, LLC, HEADSTART WARRANTY GROUP LLC** and **JEA MANAGEMENT SERVICES d/b/a COVERED AUTO**,<br><br>Defendants. | **CASE NO. 3:24-cv-01866-JKM**<br><br>**Judge: Hon. Julia K. Munley** |

## DEFENDANT JEA MANAGEMENT SERVICES' MOTION TO BIFURCATE DISCOVERY

Pursuant to Federal Rule of Civil Procedure 16, Defendant JEA Management Services d/b/a Covered Auto ("JEA") hereby moves to bifurcate discovery. JEA incorporates by reference its Brief in Support of its Motion as if fully stated herein.

Dated: January 21, 2025

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

*/s/ Elyse N. Cohen*
Elyse N. Cohen, Esq.
PA Attorney Id. No. 320787
1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
(p): 610-943-5354

Elyse.Cohen@nelsonmullins.com

**TROUTMAN AMIN, LLP**
Eric J. Troutman, Esq.
CA Bar Id. No. 229263
*(pro hac vice application pending-1/17/2025)*

Puja Amin, Esq.
CA Bar Id. No. 299547
*(pro hac vice application pending-1/17/2025)*

Tori L. Guidry, Esq.
LA Bar Id. No. 37704
*(pro hac vice application pending-1/17/2025)*

400 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
(p): 949-350-3663

*Attorneys for Defendant, JEA Management Services d/b/a Covered Auto*