# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO<br><br>   Defendants. | Case No. 3:24-cv-01866 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, Joseph Friel, with the consent of JEA Management Services, requests that he receive an extension of time to February 18, 2025 in order to oppose JEA's Motion to Strike (ECF No. 29), Motion to Dismiss (ECF No. 31) and Motion to Bifurcate Discovery (ECF No. 33). This additional time is required to address all of the arguments made in each motion.

Dated: January 22, 2025

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class