IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL, individually and on behalf of others similarly situated,<br>      Plaintiff<br><br>v.<br><br>LINE 5, LLC; HEADSTART WARRANTY GROUP, LLC; and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO,<br>      Defendant | : : : : : : : : : : : : : | No. 3:24cv1866<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 23rd day of January 2025, upon consideration of Plaintiff Joseph Friel's motion for extension of time filed with the consent of Defendant JEA Management Services d/b/a Covered Auto ("JEA"), it is hereby **ORDERED** that:

1) Plaintiff's motion (Doc. 35) is **GRANTED**; and

2) The deadline for plaintiff to respond to JEA's motion to strike, motion to dismiss, and motion to bifurcate discovery is extended to **February 18, 2025**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court