IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) ) ) |
| **Plaintiff(s),** | ) ) |
| v. | ) ) |
| LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and JEA MANAGEMENT SERVICS d/b/a COVERED AUTO, | ) ) ) ) ) Civil Action No. 3:24-cv-01866 |
| **Defendant(s)/ Third-Party Plaintiff(s),** | ) ) ) |
| v. | ) ) |
|  , | ) ) ) ) ) ) |
| **Third-Party Defendant(s).** | ) ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
(type of party)
who is JEA Management Services d/b/a Covered Auto , makes the following disclosure:
(name of party)

Page 1 of  2

1. Is the party a non-governmental corporate party?

   ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Elyse N. Cohen
Signature of Counsel for Party

Date: 1/24/25