IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Friel | ) | Civil Action No. 3:24-cv-1866-JKM |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Line 5, LLC, et al. | ) | **PROPOSED ORDER GRANTING** |
|     Defendant. | ) | **APPLICATION FOR PRO HAC VICE** |
| | ) | **ADMISSION FOR PUJA AMIN,** |
| | ) | **ESQUIRE** |
| | ) | |
| | ) | |
| | ) | |

This matter having been brought before the Court by Elyse N. Cohen, Esq., counsel for Defendant JEA Management Services, d/b/a Covered Auto, for the pro hac vice admission of Puja Amin, Esq. ("Counsel") for all purposes in the above-captioned matter pursuant to Local Civil Rule 83.8.2.1; and the Court having considered the Certification of Puja Amin in support of the application, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 83.8.2.1 and this Court's Policies; and for good cause having been shown;

IT IS ORDERED that the application for the *pro hac vice* admission of Counsel is granted; and it is

FURTHER ORDERED that Counsel shall abide by all rules of this Court, including all disciplinary rules and Code of Professional Conduct, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court; and it is

FURTHER ORDERED that Counsel are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Counsel that may arise from Counsel's participation in this matter; and it is

FURTHER ORDERED that Elyse N. Cohen of Nelson Mullins Riley & Scarborough LLP, and a member of the bar of the Court, has entered an appearance in this case, shall be associate counsel of record in accordance with Local Civil Rule 83.8.2.1, and will continue in her capacity as counsel; and it is

FURTHER ORDERED that each of the applicants shall (1) be an attorney of record in this case in accordance with Local Civil Rule 83.8.2.1; (2) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (3) sign (or arrange for a member of the firm admitted to practice in Pennsylvania to sign) all pleadings, briefs, and other papers submitted to this Court; (4) appear at all Court proceedings; and (5) be responsible for the conduct of the case and counsel in this matter; and it is

IT IS SO ORDERED this 5th day of February, 2025.

s/Julia K. Munley
Julia K. Munley
United States District Court