IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO<br><br>　　　　　Defendants. | Case No. 3:24-cv-01866 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiff, Joseph Friel, with the consent of JEA Management Services, requests that he receive a second extension of time to March 4, 2025 in order to oppose JEA's Motion to Strike (ECF No. 29), Motion to Dismiss (ECF No. 31) and Motion to Bifurcate Discovery (ECF No. 33). This additional time is required to address all of the arguments made in each motion and allow the parties to further their conversations about potentially resolving the motions.

Dated: February 14, 2025

　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　Tel: (617) 485-0018
　　　　　　　　　　　　　　　　　Fax: (508) 318-8100
　　　　　　　　　　　　　　　　　anthony@paronichlaw.com

　　　　　　　　　　　　　　　　　Counsel for Plaintiff and the proposed class