## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO<br><br>        Defendants. | Case No. 3:24-cv-01866 |

### **[PROPOSED] ORDER UNOPPOSED MOTION FOR EXTENSION OF TIME**

    The Plaintiff's motion for extension of time to March 4, 2025 to oppose the Defendant's motions is GRANTED.

Dated: _____                    _____
                                                                     United States District Court