IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO<br><br>        Defendants. | Case No. 3:24-cv-01866 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The Plaintiff, Joseph Friel, with the consent of JEA Management Services, requests that he receive a final extension of time to March 25, 2025 in order to oppose JEA's Motion to Strike (ECF No. 29), Motion to Dismiss (ECF No. 31) and Motion to Bifurcate Discovery (ECF No. 33). While this additional time is also required to address all of the arguments made in each motion the parties have spent the last several weeks discussing resolution of the matter involving these two parties and continue to try to do so. As such, the Plaintiff is requesting what he hopes will be his final extension request.

Dated: February 27, 2025

                                  */s/ Anthony I. Paronich*
                                  Anthony I. Paronich
                                  PARONICH LAW, P.C.
                                  350 Lincoln Street, Suite 2400
                                  Hingham, MA 02043
                                  Tel: (617) 485-0018
                                  Fax: (508) 318-8100
                                  anthony@paronichlaw.com

2

Counsel for Plaintiff and the proposed class