IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>LINE 5, LLC; HEADSTART WARRANTY GROUP LLC; and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO,<br><br>Defendant(s). | Case No. 3:24-cv-01866-JKM<br><br>(Judge Julia K. Munley) |

### DEFENDANT LINE 5, LLC'S JOINDER IN DEFENDANT JEA MANAGEMENT SERVICES D/B/A COVERED AUTO'S MOTION TO STRIKE CLASS ALLEGATIONS

Defendant Line 5, LLC ("Line 5") hereby joins in Defendant JEA Management Services d/b/a Covered Auto's ("JEA") Motion to Strike Class Allegations, ECF 29, and respectfully requests that this Court grant JEA's Motion and extend its relief to Line 5.

WHEREFORE, Defendant Line 5, LLC respectfully requests that this Court grant Defendant JEA Management Services d/b/a Covered Auto's Motion to Bifurcate Discovery and extend its relief to Defendant Line 5, LLC.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: */s/ Brit J. Suttell*
BRIT J. SUTTELL, ESQUIRE
PA Id. No. 204140
6100 219th St. SW
Suite 480
Mountlake Terrace, WA  98043
(484) 999-4232
britjsuttell@bn-lawyers.com
Counsel for Defendant Line 5, LLC

Dated:  February 27, 2025

2

## CERTIFICATE OF SERVICE

I certify that on February 27, 2025, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

                        **BARRON & NEWBURGER, P.C.**

By:   */s/ Brit J. Suttell*
        BRIT J. SUTTELL, ESQUIRE
        PA Id. No. 204140
        6100 219th St. SW
        Suite 480
        Mountlake Terrace, WA  98043
        (484) 999-4232
        britjsuttell@bn-lawyers.com
        Counsel for Defendant Line 5, LLC