IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Friel | ) | Civil Action No. 3:24-cv-1866-JKM |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Line 5, LLC, et al. | ) | **PROPOSED ORDER GRANTING** |
|     Defendant. | ) | **APPLICATION FOR PRO HAC VICE** |
| | ) | **ADMISSION FOR ERIC J. TROUTMAN,** |
| | ) | **ESQUIRE** |
| | ) | |
| | ) | |
| | ) | |

    This matter having been brought before the Court by Elyse N. Cohen, Esq., counsel for Defendant JEA Management Services, d/b/a Covered Auto, for the pro hac vice admission of Eric J. Troutman, Esq. ("Counsel") for all purposes in the above-captioned matter pursuant to Local Civil Rule 83.8.2.1; and the Court having considered the Certification of Eric J. Troutman in support of the application, which reflect that counsel satisfy the requirements set forth in Local Civil Rule 83.8.2.1 and this Court's Policies; and for good cause having been shown;

    IT IS ORDERED that the application for the *pro hac vice* admission of Counsel is granted; and it is

    FURTHER ORDERED that Counsel shall abide by all rules of this Court, including all disciplinary rules and Code of Professional Conduct, and shall notify the Court immediately of any matter affecting Counsel's standing at the bar of any court; and it is

    FURTHER ORDERED that Counsel are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Counsel that may arise from Counsel's participation in this matter; and it is

FURTHER ORDERED that Elyse N. Cohen of Nelson Mullins Riley & Scarborough LLP, and a member of the bar of the Court, has entered an appearance in this case, shall be associate counsel of record in accordance with Local Civil Rule 83.8.2.1, and will continue in her capacity as counsel; and it is

FURTHER ORDERED that each of the applicants shall (1) be an attorney of record in this case in accordance with Local Civil Rule 83.8.2.1; (2) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (3) sign (or arrange for a member of the firm admitted to practice in Pennsylvania to sign) all pleadings, briefs, and other papers submitted to this Court; (4) appear at all Court proceedings; and (5) be responsible for the conduct of the case and counsel in this matter; and it is

IT IS SO ORDERED this  27  day of      February         , 2025.


s/Julia K. Munley
Julia K. Muley
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Friel | ) | Civil Action No. 3:24-cv-1866-JKM |
|         Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Line 5, LLC, et al. | ) | |
|         Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF ELYSE N. COHEN
IN SUPPORT OF APPLICATION FOR
<u>ADMISSION PRO HAC VICE OF ERIC J. TROUTMAN</u>**

ELYSE COHEN, an attorney duly admitted to the bar of this Court, hereby moves to admit Eric J. Troutman, Esq. as counsel *pro hac vice* in this matter and in support thereof, certifies pursuant to Local Civil Rule 83.8.2.1 as follows:

1.  I am an attorney with the law firm of Nelson Mullins Riley & Scarborough LLP, counsel for Defendant JEA Management Services, d/b/a Covered Auto ("JEA") in this action. I make this Certification pursuant to Local Civil Rule 83.8.2.1 and the Court's Policies governing pro hac vice motion applications in support of JEA's application for the admission *pro hac vice* of Eric J. Troutman of Troutman Amin LLP.

2.  I am duly admitted to the bars of the Commonwealth of Pennsylvania, bar identification number 320787 and the State of New Jersey, bar identification number 155212015. I am also admitted to the bars of the United States District Courts for the District of New Jersey, Middle District of Pennsylvania, and Eastern District of Pennsylvania. No disciplinary proceedings are pending against me and no discipline has previously been imposed upon me in any jurisdiction.

3.      I know or after reasonable inquiry believe that Mr. Troutman's private and personal character is good.

4.      Mr. Troutman has been specifically retained by JEA to represent it in this litigation because of his established relationship with JEA.

5.      If this Honorable Court grants the *pro hac vice* application of Mr. Troutman, I will continue to serve as associate counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, will accept service of all papers filed with the Court in this action, will be prepared to attend any hearing of any motion or the taking of any testimony, and be fully prepared to participate in any hearings, conferences, and trials, and will otherwise comply with all the terms and conditions of the Local Civil Rules of Civil Procedure and this Honorable Court's Policies.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Respectfully submitted,

Dated: January 17, 2025            **NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Elyse N. Cohen*
     Elyse N. Cohen

1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Ph (610)-943-5354
Email: elyse.cohen@nelsonmullins.com
*Attorneys for Defendant JEA Management Services d/b/a Covered Auto*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joseph Friel | ) | Civil Action No. 3:24-cv-1866-JKM |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Line 5, LLC, et al. | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**I, ERIC J. TROUTMAN**, state the following of my own personal knowledge:

1. I am a partner at the firm of Troutman Amin LLP, 400 Spectrum Center Drive, Suite 1550, Irvine, CA 92618.

2. I am familiar with the facts of this case.

3. I am admitted to practice before the courts of the State of California with bar identification number 229263. I was admitted to practice in State of California in 2003 and the office maintaining the roll of members admitted to its bar is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

4. I am also admitted to practice in the following United States District Courts as of the years indicated:

   a. U.S. District Court for the Central District of California (2006)

   b. U.S. District Court for the Northern District of California (2007)

   c. U.S. District Court for the Southern District of California (2007).

5. I am a member in good standing of the State Bar of California. I am also a member in good standing in all United States Courts to which I have been admitted to practice.

  7. I have never been under suspension or disbarments by any of the above courts, or by any other court of jurisdiction.

  8. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been previously imposed on me in any jurisdiction.

  9. I agree to be bound by the Local Rules of Civil Procedure, the Rules of Professional Conduct, and the Code of Professional Conduct for the duration of this case.

  10. If this Honorable Court grants this application, I will in good faith continue to advise Elyse Cohen, counsel who moved for my *pro hac vice* admission, of the current status of the case for which my *pro hac vice* status has been granted and of all material developments in the case.

  I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

**TROUTMAN AMIN LLP**

*/s/ Eric J. Troutman*
Eric J. Troutman, Esquire

Date: January 17, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I caused the application for Eric J. Troutman to appear and to participate in the captioned matter *pro hac vice* to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filings to all counsel of record.

**CERTIFICATE OF CONCURRENCE**

Pursuant to Local Rule 7.1, I hereby certify that all parties' concurrence for the relief sought from this Motion was requested by electronic mail on January 16, 2025. No opposition was received.

Dated: January 17, 2025              **NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Elyse N. Cohen*
      Elyse N. Cohen

1000 Westlakes Drive, Suite 275
Berwyn, PA 19312
Ph (610)-943-5354
Email: elyse.cohen@nelsonmullins.com

***Attorneys for Defendant JEA Management Services, d/b/a Covered Auto***