IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL,<br>individually and on behalf of others<br>similarly situated,<br>         **Plaintiff**<br><br>       v.<br><br>LINE 5, LLC; HEADSTART<br>WARRANTY GROUP, LLC; and JEA<br>MANAGEMENT SERVICES d/b/a<br>COVERED AUTO,<br>         **Defendants** | No. 3:24cv1866<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 27th day of February 2025, upon consideration of Plaintiff Joseph Friel's third motion for extension of time filed with the consent of Defendant JEA Management Services d/b/a Covered Auto ("JEA"), it is hereby **ORDERED** that:

1) Plaintiff's motion (Doc. 44) is **GRANTED**; and

2) The deadline for plaintiff to respond to JEA's motion to strike, motion to dismiss, and motion to bifurcate discovery is extended to **March 25, 2025**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court