IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC and JEA MANAGEMENT SERVICES d/b/a COVERED AUTO<br><br>        Defendants. | Case No. 3:24-cv-01866 |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**REGARDING JEA MANAGEMENT SERVICES d/b/a COVERED AUTO ONLY**

    Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A) of the defendant JEA Management Services d/b/a Covered Auto only.

Dated: March 21, 2025

        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        PARONICH LAW, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        Tel: (617) 485-0018
        Fax: (508) 318-8100
        anthony@paronichlaw.com

        Counsel for Plaintiff and the proposed class