IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL,<br>individually and on behalf of others<br>similarly situated,<br>       Plaintiff<br><br>v.<br><br>LINE 5, LLC; HEADSTART<br>WARRANTY GROUP, LLC; and JEA<br>MANAGEMENT SERVICES d/b/a<br>COVERED AUTO,<br>       Defendants | No. 3:24cv1866<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 25th day of March 2025, upon consideration of Defendant JEA Management Services d/b/a Covered Auto's ("JEA") motion to strike class allegations, (Doc. 29), motion to dismiss for failure to state a claim, (Doc. 31), and motion to bifurcate discovery, (Doc. 33), and the notice of voluntary dismissal filed by Plaintiff Joseph Friel, individually and on behalf of a class of persons and entities similarly situated, as to Defendant JEA only, (Doc. 50), it is hereby **ORDERED** that:

1) Defendant JEA's motion to dismiss for failure to state a claim (Doc. 31) is **DISMISSED** as moot;

2) Defendant JEA is dismissed from this action without prejudice; and

3) Since Defendant Line 5, LLC ("Line 5") has joined in Defendant JEA's motion to bifurcate discovery, (Doc. 45), and motion to strike class allegations, (Doc. 46), plaintiff's briefs in opposition to those motions are due on **March 25, 2025**, (see Doc. 49).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court