**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC<br><br>    Defendants. | Case No. 3:24-cv-01866-JKM<br><br>Judge: Hon. Julia K. Munley |

**[PROPOSED ORDER]**

**DENYING MOTION TO BIFURCATE**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant Line 5, LLC's Motion to Bifurcate Discovery (ECF No. 33) is hereby DENIED.

                                                      *BY THE COURT:*

                                                      _____
                                                      Hon. Julia K. Munley