IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>LINE 5, LLC, HEADSTART WARRANTY GROUP LLC<br><br>        Defendants. | Case No. 3:24-cv-01866-JKM<br><br>Judge: Hon. Julia K. Munley |

**[PROPOSED ORDER]**

**DENYING MOTION TO STRIKE**

      AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant Line 5, LLC's Motion to Strike (ECF No. 46) is hereby DENIED.

*BY THE COURT:*

_____
Hon. Julia K. Munley

1