IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL, individually and on behalf of others similarly situated, <br>     Plaintiff | : <br> : <br> : <br> : <br> : | No. 3:24cv1866 <br><br> (Judge Munley) |
| v. | : <br> : | |
| LINE 5, LLC and HEADSTART WARRANTY GROUP, LLC, <br>     Defendants | : <br> : <br> : | |

......................................................................................................................

ORDER

AND NOW, to wit, this 21st day of August 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that the motion to strike class allegations, (Doc. 29), and the motion to bifurcate discovery, (Doc. 33) are **DENIED**. By way of separate order, a case management conference will be scheduled in this matter.

BY THE COURT:

_/s/ Julia K. Munley_
JUDGE JULIA K. MUNLEY
United States District Court