IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, | :   3:24cv1866 |
| Plaintiff | :   (Judge Munley) |
| v. | : |
| LINE 5, LLC,<br>HEADSTART WARRANTY GROUP, LLC; | : |
| Defendants | : |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## SCHEDULING ORDER

A *Telephonic Discovery Conference* is scheduled for **Wednesday, December 3, 2025 at 11:00AM**.

*Counsel for the Plaintiff shall initiate the call to opposing counsel and place the call to chambers at (570) 207-5780.*

**Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3 (Conference of Attorneys) is required.  Copies of the Local Rules are available on the Courts website at www.pamd.uscourts.gov. Failure to comply with the Local Rules may result in the imposition of sanctions.**

s/Julia K. Munley
**JUDGE JULIA K. MUNLEY**
**United States District Court**

Dated: 11/26/25