IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff<br><br>vs.<br><br>LINE 5, LLC and HEADSTART WARRANTY GROUP LLC<br><br>　　　　Defendants. | Case No. 24-cv-1866 |

**STIPULATION TO FILE AMENDED COMPLAINT**

As provided for in Federal Rule of Civil Procedure 15(a)(2), the parties hereby stipulate and agree as follows: Defendants consent to the filing of a first amended complaint without conceding the veracity of any of the allegations contained therein or without waiver of any arguments they may make in a responsive pleading.

Dated: February 20, 2026　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　　　　　By his attorneys

　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　Paronich Law, P.C.
　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400

Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

/s/ *Andrew M. Schwartz*
Andrew M. Schwartz
Messer Strickler Burnette, Ltd.
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ : (320) 434-9664
🖨 : (312) 334-3474
✉ : aschwartz@messerstrickler.com

Barry S. Guaglardi
Admitted Pro Hac Vice
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
Tel: (201) 947-4100
Fax: (201) 947-1010
www.adgmlaw.com

*Counsel for Defendant*
*Headstart Warranty Group, LLC*


/s/ *Brit J. Suttell*
Brit J. Suttell
Barron & Newburger, P.C.
6100 219th St. SW, Suite 480
Mountlake Terrace, WA   98043
P: 484.999.4232
britjsuttell@bn-lawyers.com

*Counsel for Defendant*
*Line 5, LLC*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was filed through the Court's CM/ECF system, giving notice to all parties of record.

                                            /s/ *Anthony I. Paronich*
                                            Anthony Paronich