IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>HEADSTART WARRANTY GROUP LLC<br>AND<br>AIM AI LLC d/b/a<br>SAFEGUARD MY CAR, LLC<br><br>　　　　Defendants. | Case No. 24-cv-1866 |

**JOINT MOTION TO VACATE CASE**
**<u>MANAGEMENT ORDER DEADLINES</u>**

　　Plaintiffs and Defendant Headstart Warranty Group LLC[1], by and through their undersigned counsel, respectfully move this Court to vacate the deadlines set forth in the Court's Case Management/Scheduling Order dated September 18, 2025 (Doc. 59). In support thereof, the Parties state as follows:

---

[1] The remaining defendant has not yet appeared.

1

1. On September 18, 2025, the Court entered a Case Management/Scheduling Order setting deadlines, including:

    - Amended pleadings and joinder of parties due by February 27, 2026;
    - Class discovery due by February 27, 2026; and
    - Class certification motions due by April 30, 2026. (Doc. 59.)

2. On February 20, 2026, Plaintiffs filed their First Amended Complaint. (Doc. 62.)

3. The Amended Complaint adds AIM AI LLC d/b/a Safeguard My Car, LLC as a defendant.

4. On February 24, 2026, the Court issued summonses as to the newly named defendant and reissued summons as appropriate. (Doc. 64.)

5. Because a newly added defendant must be served and afforded an opportunity to respond to the Amended Complaint, the current deadlines in the Case Management Order no longer align with the procedural posture of this case.

6. The Parties agree that vacating the current deadlines will allow the newly added defendant to appear and participate in Rule 26 proceedings and will permit the Parties to submit a proposed amended case management schedule that reflects the current status of the action.

7. This request is made jointly and in good faith. No party will be prejudiced by vacating the existing deadlines.

WHEREFORE, the Parties respectfully request that this Court vacate the deadlines set forth in its September 18, 2025 Case Management/Scheduling Order (Doc. 59) and permit the Parties to submit a proposed amended scheduling order after the newly added defendant has appeared.

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiffs*

*/s/ Andrew M. Schwartz*
Andrew M. Schwartz
Messer Strickler Burnette, Ltd.
935 E. Lancaster Ave, #1003
Downingtown, PA 19335
(320) 434-9664
aschwartz@messerstrickler.com
*Counsel for Headstart Warranty Group LLC*