IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL and<br>STEWART ABRMSON,<br>individually and on behalf of others<br>similarly situated,<br>　　　　Plaintiffs<br><br>　　v.<br><br>HEADSTART WARRANTY GROUP,<br>LLC and AIM AI, LLC, d/b/a<br>SAFEGUARD MY CAR, LLC<br>　　　　Defendants | No. 3:24cv1866<br><br>(Judge Munley)<br><br>FILED<br>SCRANTON<br><br>FEB 26 2026<br><br>PER _____ (sig)<br>　　　DEPUTY CLERK |

## ORDER

**AND NOW**, to wit, this 26th day of February 2026, upon consideration of plaintiffs' amended complaint, (Doc. 62), and the motion to vacate the case management order filed by plaintiffs and Defendant Headstart Warranty Group, LLC, (Doc. 65), it is hereby **ORDERED** that:

1) The motion, (Doc. 65), is **GRANTED**;

2) The case management order, (Doc. 59), is **VACATED**; and

3) A revised case management order will be reissued in due course.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court