## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of others similarly situated,<br>   Plaintiffs<br><br>v.<br><br>HEADSTART WARRANTY GROUP, LLC and AIM AI, LLC, d/b/a SAFEGUARD MY CAR, LLC<br>   Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:24cv1866<br><br>(Judge Munley) |

..................................................................................................................

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br>   Plaintiff<br><br>v.<br><br>LINE 5, LLC; and HEADSTART WARRANTY GROUP LLC,<br>   Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 1:26cv155<br><br>(Judge Munley) |

..................................................................................................................

## ORDER

**AND NOW**, to wit, this 20 day of March 2026, it is hereby **ORDERED** as follows:

1) As to the action <u>Friel v. Headstart Warranty Group, LLC</u>, 3:24cv1866, where Stuart Abramson is a named plaintiff, plaintiffs shall file a status report **within 21 days** regarding service upon Defendant AIM AI, LLC;

2) As to the action <u>Abrahamson v. Line 5</u>, 1:26cv155, where Headstart Warranty Group, LLC is a named defendant, **within 14 days**, plaintiff shall file a motion to amend or an amended complaint with consent in accordance with Federal Rule of Civil Procedure 15(a)(2) and Rule 15.1 of the Rules of Court of the Middle District of Pennsylvania or otherwise advise the court that he intends to proceed on the pleadings filed to date; and

3) In the absence of further action in the above cases, the parties are advised that the court may consider consolidation pursuant to Federal Rule of Civil Procedure 42(a)(2).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2