# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF PENNSYLVANIA

**STEWART ABRAMSON; JOSEPH FRIEL**

_____

*Plaintiff*

v.

**HEADSTART WARRANTY GROUP LLC; AIM AI LLC d/b/a SAFEGUARD MY CAR, LLC**

_____

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 3:24-cv-01866-JKM

## AFFIDAVIT OF SERVICE

I, Doreen Campbell, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to AIM AI LLC d/b/a SAFEGUARD MY CAR, LLC in Pinellas County, FL on March 23, 2026 at 10:56 am at 7901 4th Street North St., ste 300, Petersburg, FL 33702 by leaving the following documents with Sarah Winters who as INTAKE_SPECIALIST at Northwest Registered Agents Inc is authorized by appointment or by law to receive service of process for AIM AI LLC d/b/a SAFEGUARD MY CAR, LLC.

SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, FIRST AMENDED CLASS ACTION COMPLAINT
Race: White, Sex: Female, Est. Age: 25-34, Hair: Brown, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=27.8446887,-82.6382627
Photograph: See Exhibit 1

Total Cost: $171.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Pinellas County ,

FL on 3/25/2026 .

/s/ *Doreen Campbell*

Signature
Doreen Campbell
+1 (847) 946-7061

Exhibit 1a)

