## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>HEADSTART WARRANTY GROUP LLC<br>AND<br>AIM AI LLC d/b/a<br>SAFEGUARD MY CAR, LLC<br><br>Defendants. | Case No. 24-cv-1866 |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's Order dated March 20, 2026 (ECF No. 68), Plaintiffs respectfully submit the following status report regarding service upon Defendant AIM AI, LLC.

Plaintiffs hereby advise the Court that Defendant AIM AI, LLC was served with process on March 23, 2026 (ECF No. 69). Accordingly, service has been effectuated within the timeframe contemplated by the Court's Order.

Additionally, with respect to the related action, *Abramson v. Line 5, LLC et*

1

*al.*, Case No. 1:26-cv-00155-JKM, Plaintiff has complied with the Court's

directive by filing a Motion to Amend the Complaint on March 20, 2026 (ECF No.

38).

Respectfully submitted,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiffs*

2