## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of others similarly situated, | : : : : | No. 3:24cv1866 (Judge Munley) |
| **Plaintiffs** | : : | |
| v. | : : : | |
| HEADSTART WARRANTY GROUP, LLC and AIM AI, LLC, d/b/a SAFEGUARD MY CAR, LLC | : : : | |
| **Defendants** | : | |

............................................................................................................

### ORDER

A copy of the amended complaint and summons were served upon Defendant AIM AI, LLC d/b/a Safeguard My Car, LLC ("AIM AI") on March 23, 2026. (Doc. 69). The Affidavit of Service indicates that service was made on AIM AI's registered agent in St. Petersburg, FL., authorized by appointment or by law to receive service of process for this defendant.[1] Id.

Pursuant to the Federal Rules of Civil Procedure, an answer or other responsive pleading was due from AIM AI on April 13, 2026.[2] FED. R. CIV. P. 12(a)(1)(A).

---

[1] See FED. R. CIV. P. 4(h)(1)(B).

[2] Defendant Headstart Warranty Group, LLC filed an answer to the amended complaint on March 9, 2026. (Doc. 62)

It is the responsibility of the plaintiff to prosecute an action.  In light of the inactivity in this litigation with regard to AIM AI since the service of the complaint and summons, with no entry of appearance having been made on behalf of this defendant:

**IT IS HEREBY ORDERED THAT:**

(1) Within seven (7) days from the date of this order, unless AIM AI files a response to the amended complaint, plaintiff shall make an appropriate filing to further this action; and

(2) Failure to comply with this order may result in the dismissal of AIM AI for failure to prosecute.

Date: ___4/21/26___

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2