## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiffs

vs.

HEADSTART WARRANTY GROUP LLC
AND
AIM AI LLC d/b/a
SAFEGUARD MY CAR, LLC

        Defendants.

Case No. 24-cv-1866

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AIM AI LLC d/b/a SAFEGUARD MY CAR, LLC

Plaintiffs Stewart Abramson and Joseph Friel, by and through undersigned counsel, respectfully move pursuant to Federal Rule of Civil Procedure 55(a) for entry of default against Defendant AIM AI LLC d/b/a Safeguard My Car, LLC, and in support thereof state as follows.

Defendant AIM AI LLC d/b/a Safeguard My Car, LLC was properly served with the Summons, Proof of Service, and First Amended Class Action Complaint in this action. As reflected in the Affidavit of Service on file with the Court,

service was effectuated on March 23, 2026, by delivering the documents to an authorized agent, Northwest Registered Agents Inc., at 7901 4th Street North, Suite 300, St. Petersburg, Florida, through an intake specialist authorized to accept service on behalf of the Defendant.

Pursuant to Federal Rule of Civil Procedure 12(a), Defendant was required to serve an answer or otherwise respond to the Complaint within twenty-one (21) days after being served.

More than twenty-one (21) days have passed since service was effectuated, and Defendant AIM AI LLC d/b/a Safeguard My Car, LLC has failed to plead, answer, or otherwise defend in this action.

Accordingly, because Defendant has failed to plead or otherwise defend, Plaintiffs are entitled to entry of default by the Clerk of Court pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, Plaintiffs respectfully request that the Clerk of Court enter default against Defendant AIM AI LLC d/b/a Safeguard My Car, LLC.

Plaintiff,
By Counsel,

*/s/ Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510

2

anthony@paronichlaw.com

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
M.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

3