# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

　　　　　Plaintiffs

vs.

HEADSTART WARRANTY GROUP LLC
AND
AIM AI LLC d/b/a
SAFEGUARD MY CAR, LLC

　　　　　Defendants.

Case No. 24-cv-1866

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT AIM AI LLC d/b/a SAFEGUARD MY CAR, LLC

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiffs' Motion for Entry of Default Against Defendant AIM AI LLC d/b/a Safeguard My Car, LLC, and it appearing that said Defendant was properly served and has failed to plead or otherwise defend in this action within the time required by law, as set forth in Plaintiffs' Motion , it is hereby ORDERED that the Motion is GRANTED.

The Clerk of Court is directed to enter default against Defendant AIM AI LLC d/b/a Safeguard My Car, LLC pursuant to Federal Rule of Civil Procedure 55(a).

BY THE COURT:

_____
United States District Judge