UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL,                            :       NO. 3:24CV1866
STEWART ABRAMSOM,                        :
      **Plaintiffs**              :       (Judge Munley)
                                        :
    v.                               :
                                        :
                                        :
HEADSTART WARRANTY GROUP, LLC.,          :
AIM AI LLC., d/b/a Safeguard My Car, LLC., :
      **Defendants**             :

## ENTRY OF DEFAULT

Default is hereby entered against the defendant,

**AIM AI LLC d/b/a Safeguard My Car, LLC,** for failure to file an answer

and/or otherwise plead pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure.

 

Peter J. Welsh, Clerk of Court

by:_____
Deputy Clerk

Dated: 5/26/26