## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH FRIEL and STEWART ABRAMSON,** individually and on behalf of others similarly situated, | : | No. 3:24cv1866 |
| **Plaintiffs** | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| **HEADSTART WARRANTY GROUP, LLC and AIM AI, LLC, d/b/a SAFEGUARD MY CAR, LLC** | : | |
| **Defendants** | : | |

### ORDER

**AND NOW**, to wit, this day of June 2026, it is hereby **ORDERED** as follows:

1) As to plaintiffs' claims against Defendant Headstart Warranty Group, LLC, the parties shall file a joint status report regarding revised case management deadlines on or before **July 1, 2026**; and

2) As to plaintiffs' claims against Defendant AIM AI, LLC, d/b/a Safeguard My Car, LLC, plaintiffs shall make an appropriate motion to further the action against this defendant on or before **July 10, 2026**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2