# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL and STEWART
ABRAMSON, individually and on behalf
of a class of all persons and entities
similarly situated,

        Plaintiffs

vs.

HEADSTART WARRANTY GROUP
LLC
AND
AIM AI LLC d/b/a
SAFEGUARD MY CAR, LLC

        Defendants.

Case No. 24-cv-1866

## JOINT STATUS REPORT

Pursuant to the Court's June 22, 2026 Order directing the parties to submit a joint status report addressing proposed case management deadlines and the status of Defendant AIM AI LLC d/b/a Safeguard My Car, LLC, the parties respectfully submit the following proposed schedule. Since the prior Case Management Order was vacated following the filing of the Amended Complaint, the parties believe that a revised schedule will permit the orderly completion of discovery, briefing on class certification, and any dispositive motions. The parties further submit that the

proposed deadlines provide sufficient time to complete discovery concerning the appearing Defendant, Headstart Warranty Group LLC, while also permitting Plaintiffs to obtain limited discovery from Defendant AIM AI LLC in aid of default and in support of Plaintiffs' anticipated motion for class certification and motion for default judgment. The parties respectfully propose the following case management deadlines:

- **Fact Discovery:** February 1, 2027
- **Affirmative Expert Reports:** March 8, 2027
- **Responsive Expert Reports:** April 5, 2027
- **Supplemental Expert Reports:** April 19, 2027
- **Dispositive Motions and Daubert Motions:** May 10, 2027
- **Motion for Class Certification:** May 10, 2027

With respect to Defendant AIM AI LLC d/b/a Safeguard My Car, LLC, that Defendant has failed to appear or otherwise respond to the Amended Complaint. Plaintiffs obtained an entry of default on May 26, 2026. Plaintiffs anticipate seeking limited discovery in aid of default concerning AIM AI's telemarketing activities and call records necessary to establish the Rule 23 requirements and support a motion for default judgment on behalf of the proposed class. Accordingly, Plaintiffs request that the foregoing discovery schedule encompass both merits discovery against the appearing Defendant and limited discovery relating to AIM AI in aid of default.

The Plaintiff does not believe a settlement conference will be productive at this time.

Defendant, Headstart Warranty Group LLC, does not oppose the proposed scheduling deadlines set by Plaintiffs, but believes that a settlement conference with the Magistrate Judge.   Defendant, Headstart Warranty Group LLC has made offers to both Friel and Abramson and believes that pursuit of class certification makes little sense based on the financial wherewithal of Headstart.

| | |
|---|---|
| Plaintiff,<br>By Counsel, | Defendant Headstart Warranty Group LLC<br>By Counsel, |

Plaintiff,
By Counsel,

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
M.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

/s/ Anthony I. Paronich
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Defendant Headstart Warranty Group LLC
By Counsel,

/s/ Andrew M. Schwartz
Andrew M. Schwartz
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ : (320) 434-9664
✉ : aschwartz@messerstrickler.com

Barry S. Guaglardi
Admitted Pro Hac Vice
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
Tel: (201) 947-4100
Fax: (201) 947-1010
www.adgmlaw.com