## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of others similarly situated, | : : : : | No. 3:24cv1866 (Judge Munley) |
| **Plaintiffs** | : : | |
| v. | : : : | |
| HEADSTART WARRANTY GROUP, LLC and AIM AI, LLC, d/b/a SAFEGUARD MY CAR, LLC | : : : | |
| **Defendants** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW**, to wit, this 30th day of June 2026, upon consideration of the parties' joint status report, it is hereby **ORDERED** as follows:

1) The case management deadlines in this matter are reestablished as follows in accordance with the parties' proposed deadlines:

    a. Fact Discovery: February 1, 2027

    b. Affirmative Expert Reports: March 8, 2027

    c. Responsive Expert Reports: April 5, 2027

    d. Supplemental Expert Reports: April 19, 2027

    e. Dispositive Motions and Daubert Motions: May 10, 2027

    f. Motion for Class Certification: May 10, 2027

2) This matter will be referred to a United States Magistrate Judge for the purposes of conducting a settlement conference; and

3) The parties shall negotiate in good faith in their attempts to resolve this matter.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court