**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH FRIEL,** | : | **No. 3:24cv1866** |
| **individually and on behalf of others** | : | |
| **similarly situated,** | : | **(Judge Munley)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **HEADSTART WARRANTY GROUP,** | : | |
| **LLC and AIM AI, LLC d/b/a** | : | |
| **SAFEGUARD MY CAR, LLC** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 30th day of June 2026,

IT IS ORDERED that the above caption action is referred to Chief Magistrate

Judge Daryl F. Bloom, for assignment to a Magistrate Judge of this Court to

conduct a mediation/settlement conference.

*s/ Julia K. Munley*
**JULIA K. MUNLEY**
**United States District Court**