UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, et al., | : |
| | : No.  3:24-CV-1866 |
| **Plaintiffs** | : |
| | : (Munley, J.) |
| v. | : |
| | : (Caraballo, M.J.) |
| HEADSTART WARRANTY | : |
| GROUP, LLC., et al., | : |
| | : |
| **Defendants** | : |

## ORDER

AND NOW, this 1st day of July 2026, IT IS HEREBY ORDERED

that a telephone scheduling conference is scheduled with all parties on

**Tuesday, July 7, 2026, at 10:30 p.m.** to discuss the scheduling of a

settlement conference in this matter. The Court will circulate a Teams

invite for the parties to utilize for said conference.

BY THE COURT,

*s/ Phillip J. Caraballo*

PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE