UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL and                    : NO.  3:24-CV-1866
STEWART ABRAMSON,                   :
                                    :
                     Plaintiffs     : (Munley, J.)
                                    :
v.                                  : (Caraballo, M.J.)
                                    :
HEADSTART WARRANTY                  :
GROUP, LLC., et al.,                :
                                    :
                     Defendants     :

## ORDER

AND NOW, this 16th day of July 2026, following a conference with counsel for the parties held on July 7, 2026, IT IS HEREBY ORDERED as follows:

1. A telephonic status conference is scheduled with counsel for the parties on **September 18, 2026, at 9:30 a.m.** Counsel for Plaintiff shall initiate the call and have all parties on the line prior to calling chambers at 570-207-5710.

2. Prior to the above telephone conference, the parties are DIRECTED to meet and confer to discuss entering a protective order, or other arrangements by which to produce defendants' tax records.

BY THE COURT,

*s/ Phillip J. Caraballo*

PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE