**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>HEADSTART WARRANTY GROUP LLC<br>AND<br>AIM AI LLC d/b/a<br>SAFEGUARD MY CAR, LLC<br><br>Defendants. | Case No. 24-cv-1866 |

## STATUS REPORT AND REQUEST TO STAY

Plaintiffs Joseph Friel and Stewart Abramson ("Plaintiffs") and Defendant Headstart Warranty Group LLC ("HWG"), the appearing parties, respectfully submit this Joint Status Report and Joint Motion to Stay and state as follows:

1. On June 30, 2026, the Court referred this matter to Magistrate Judge Phillip J. Caraballo for settlement purposes. (ECF No. 77.)

2. Plaintiffs and HWG have agreed to mediate this matter privately on December 1, 2026, with mediator Aaron Weiss.

3. The parties chose Mr. Weiss in part because of his experience with Telephone Consumer Protection Act matters. Mr. Weiss is also a certified mediator in the federal courts of Florida.

4. Defendant AIM AI LLC d/b/a Safeguard My Car, LLC has not appeared, and default was entered against it on May 26, 2026. (ECF No. 73.)

5. To save the parties and the Court the expense of litigation and conserve judicial resources while the parties seek a resolution, the appearing parties respectfully request that the Court stay all proceedings and deadlines in this action, including those in the Court's June 30, 2026 Scheduling Order (ECF No. 76), until the mediation is concluded.

6. The parties further propose to file a joint status report within fourteen (14) days of the mediation, i.e., no later than December 15, 2026, telling the Court the outcome of the mediation and, if the case does not resolve, proposing revised case management deadlines.

7. This motion is made in good faith and not for purposes of delay. No party will be prejudiced by the requested stay.

WHEREFORE, Plaintiffs and HWG respectfully request that the Court stay this action pending the December 1, 2026 private mediation and direct the parties to file a joint status report no later than December 15, 2026.

RESPECTFULLY SUBMITTED AND DATED this November 5, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

*/s/ Andrew M. Schwartz*
Andrew M. Schwartz
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
☎ : (320) 434-9664
✉ : aschwartz@messerstrickler.com

Barry S. Guaglardi
Admitted Pro Hac Vice
Guaglardi & Meliti, LLP
365 West Passaic Street, Suite 130
Rochelle Park, New Jersey 07662
Tel: (201) 947-4100
Fax: (201) 947-1010
www.adgmlaw.com

*Counsel For Defendant Headstart Warranty Group LLC*

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1, the undersigned certifies that counsel for Defendant Headstart Warranty Group LLC concurs in this motion, which is filed jointly.

Dated: November 5, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: November 5, 2026

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class