**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH FRIEL and STEWART ABRAMSON, individually and on behalf of others similarly situated,** | : | **No. 3:24cv1866** |
| **Plaintiffs** | : | **(Judge Munley)** |
| **v.** | : | |
| **HEADSTART WARRANTY GROUP, LLC and AIM AI, LLC, d/b/a SAFEGUARD MY CAR, LLC** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this **6th** day of November 2026, upon consideration of the parties' joint status report and request to stay deadlines pending private mediation, (Doc. 83), it is hereby **ORDERED** that the motion is **GRANTED** and a status report regarding the outcome of mediation is due no later than **December 15, 2026**. The parties shall negotiate in good faith to resolve this matter.

**BY THE COURT:**

***s/ Julia K. Munley***
**JUDGE JULIA K. MUNLEY**
**United States District Court**